JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABENICIO F. C.,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 24-6481-MWF (JC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED the decision of the Commissioner of Social Security is **AFFIRMED**, and this action is **DISMISSED** with prejudice.

IT IS SO ORDERED.

Dated: October 17, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge